# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CASE NO:  C-1-00-1021** |
| **vs.** | ) |
| | ) |
| **BRETT Y. RUMPKE,** | ) **JUDGE SPIEGEL** |
| | )   **MAGISTRATE JUDGE HOGAN** |
| **SSN: XXX-XX-4431** | ) |
| **Defendant,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **Child's Interior Systems** | ) |
| | ) |
| **Garnishee.** | ) |

## APPLICATION FOR A WRIT OF CONTINUING GARNISHMENT

Now comes the United States of America by its representative the United States Attorney for the Southern District of Ohio and for its cause of action alleges:

1.      Plaintiff, United States of America, pursuant to Title 28 U.S.C. §3205 (b)(1), requests the issuance of a Writ of Continuing Garnishment against certain property of the Defendant, Brett Y. Rumpke, also referred to as "debtor" or "judgment debtor" which is (or may become) in the possession, custody or control of Child's Interior Systems, Garnishee herein, for satisfaction of the monies owed by said Defendant, to the United States of America upon the judgment entered against the Defendant in the above-captioned case.

2.      This debt arises from the March 28, 2001 judgment entered in favor of the Plaintiff against Defendant in Civil Action No. C-1-00-1021.  The amount of said judgment debt that remains unpaid and due and owing is:  $3,047.07 ($2,936.22 principal and $110.85 interest) as of  March 15, 2004, with additional interest accruing thereafter at the rate of 4.19 percent per

annum.  Plaintiff further requests that it be allowed to recover as part of this garnishment, a surcharge of ten percent (10%) of the amount of the currently outstanding debt pursuant to 28 U.S.C. § 3011(a).

3.      Defendant's last known address is:  13281 Lake Grant Rd.,  Mt. Orab, OH  45154.

4.      Not less then 30 days has elapsed since demand for payment of the above stated debt was made upon debtor.  The last demand notice for payment was January 21, 2004.  Since that time the judgement debtor has failed to pay the amount due.

5.      The Garnishee is believed to have possession of property (including but not limited to nonexempt disposable earnings), in which the judgment debtor has a substantial nonexempt interest, and will owe the money or property to the judgment debtor.

6.      The name and address of the Garnishee or its authorized agent is:

> Child's Interior Systems
> 3539 Port Union Road
> Fairfield, OH 45014

The requirements of Title 28 U.S.C. § 3205 (b) having been satisfied, Plaintiff, United States of America hereby requests the issuance of a Writ of Continuing Garnishment.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5240
Deborah.Sanders @usdoj.gov