IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff | )<br>)<br>) CASE NO:  C-1-00-1021 |
| vs. | )<br>) |
| BRETT Y. RUMPKE,<br><br>SSN: ████████<br>　　　　Defendant,<br><br>　　　and<br><br>Childs Interior Systems<br><br>　　　　Garnishee. | ) JUDGE SPIEGEL<br>)　MAGISTRATE JUDGE HOGAN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO QUASH THE
WRIT OF CONTINUING GARNISHMENT**

Plaintiff, United States of America, pursuant to 28 U.S.C. §3205(10), respectfully moves this Honorable Court to quash the Writ of Continuing Garnishment filed on March 30, 2004 in the above captioned case. Plaintiff has received the Answer of the Garnishee indicating that the Garnishee is in no manner under liability to the Defendant Brett Y. Rumpke. The Defendant no longer is employed by the Garnishee. Therefore, it is respectfully requested that the March 30, 2004 Writ of Continuing Garnishment against the property of Brett Y. Rumpke be quashed.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　GREGORY G. LOCKHART
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　s/Deborah F. Sanders
　　　　　　　　　　　　　　　　　　　　DEBORAH F. SANDERS (0043575)
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　303 Marconi Boulevard, Suite 200
　　　　　　　　　　　　　　　　　　　　Columbus, Ohio 43215
　　　　　　　　　　　　　　　　　　　　(614) 469-5715
　　　　　　　　　　　　　　　　　　　　Fax: (614) 469-5240
　　　　　　　　　　　　　　　　　　　　Deborah.Sanders @usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Quash the Writ of Continuing Garnishment was mailed to Brett Y. Rumpke, Defendant, 13281 Lake Grant Rd., Mt. Orab 45154, by first class mail, postage prepaid, this 4th day of May, 2004.

                                            s/Deborah F. Sanders
                                            DEBORAH F. SANDERS (0043575)