**United States District Court**
**Southern District of Ohio**
**Western Division**

United States of America,
    Plaintiff                                         No. C-1-00-1021

vs.                                                       Spiegel, J.; Black, MJ

Brett Y. Rumpke,
    Defendant                                       **ORDER**

On 5/4/04 plaintiff filed a Motion to Quash Writ (Doc. 13). For good cause, that motion is GRANTED and the March 30, 2004 Writ of Continuing Garnishment against the property of Brett Y. Rumpke is QUASHED.

                                                           s/Timothy S. Black
                                                           Timothy S. Black
                                                           United States Magistrate Judge