**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Childs Interior System
att: Human Resources
3539 Port Union Rd
Fairfield, OH 45014

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  Jackie Childs    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

Jackie Childs    MAY 1 2 2004

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

USPS

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 2260 0002 6723 3548

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

DOC14  SAS    00 - 1021

 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**OFFICE OF THE CLERK**
U. S. DISTRICT COURT
Rm. 324 U. S. Courthouse
5th & Walnut Streets
Cincinnati, Ohio 45202