| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE—POSTMASTER | |

Received From:
United States Attorneys Office

Brett Y. Rumpke
P.O. Box 285
Mt. Orab, OH 45154

PS Form 3817, January 2001