IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                            : CIVIL NO: C-1-00-1021
                                : MAGISTRATE JUDGE HOGAN

BRETT Y. RUMPKE,

        Defendant.

### ORDER FOR ARREST WARRANT

On Request of the United States for issuance of an arrest warrant (Doc.#19) and a showing of probable cause to believe that the Defendant is in contempt of court for failure to appear, to wit, that the Defendant was sent notice and the Court's Order to Show Cause, and failure to appear on April 28, 2005, it is hereby ORDERED that a warrant for the Defendant's arrest issue to the United States Marshal.

_6/7/05_
DATE

_[signature]_
MAGISTRATE JUDGE HOGAN