UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:00CV1021 |
| Plaintiff, | Magistrate Judge Black |
| v. | |
| BRETT Y. RUMPKE, | **ORDER QUASHING WARRANT** |
| Defendant. | |

The defendant having presented himself for judgment debtor examination, the bench warrant previously issued (Doc. 21) is VACATED.

IT IS SO ORDERED.

Date: 6/30/05

TIMOTHY S. BLACK
United States Magistrate Judge