FILED
JAMES BONINI
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 JUL 15 PM 1:23

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.  :  CIVIL NO: C-1-00-1021
    : MAGISTRATE JUDGE HOGAN

Spiegel

**BRETT Y. RUMPKE,**

P.O. Box 285
Mt. Orab, OH 45154
        **Defendant.**        **BENCH WARRANT**

TO ANY UNITED STATES MARSHAL:

It is appearing that the above named Defendant failed to appear before the **Honorable Magistrate Judge Hogan**, United States District Court Judge at Cincinnati Ohio, on **April 28, 2005**, as directed and in view thereof, no cause to the contrary having been shown, the Court Ordered the arrest of said Defendant and directed that this warrant issue;

**Therefore you are commanded to arrest:**

Brett Y. Rumpke and bring him/her forthwith before the **UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION, at CINCINNATI, OHIO,** to answer to the charge of failure to appear.

Bond fixed by the Court at $_____, dated at Cincinnati, Ohio by the direction of the Court on _____.

**\*Marshal shall locate
Defendant and transport
to Federal Courthouse
in Cincinnati, Ohio.**

**\* Marshal shall not input
Defendant's Personal information
into Criminal data base until
the Court and the U.S. Attorney's
Office have been notified.**

**James Bonini, Clerk**

UNITED STATES DISTRICT COURT

Arthur Hill
By: Deputy Clerk

Date: 6-8-05

## RETURN

This Bench Warrant was received and executed with the arrest of the above named Defendant at

RETURNED UNEXECUTED - QUASHED.

DATE RECEIVED  06/16/05

DATE OF ARREST  N/A

DATED AT CINCINNATI, OHIO ON

_____

Signature of Arresting Officer

DEPUTY U.S. MARSHAL
Title of Arresting Officer